UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTEDIVISION
NO. 3:06-CR-151-12-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANDREAS ROMAN LEIMER (12), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UPON MOTION OF THE UNITED STATES OF AMERICA, the COURT grants leave to the United States to move to dismiss and hereby ORDERS the dismissal without prejudice of the Bill of Indictment in the instant case as to Defendant ANDREAS ROMAN LEIMER.

IT IS SO ORDERED.

Signed: October 24, 2016

Frank D. Whitney
Chief United States District Judge